Certificate Number: 16339-PAE-DE-038490429

Bankruptcy Case Number: 19-12086



16339-PAE-DE-038490429

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 19, 2024, at 12:06 o'clock AM EDT, Katherine Ross completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 19, 2024               By:  /s/Kelley Tipton

                                  Name:  Kelley Tipton

                                  Title:  Certified Financial Counselor