United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-12086-amc
Katherine Ann Ross  Chapter 13
Katherine Ann Ross
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Jun 26, 2024 | Form ID: 138OBJ | Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

+++    Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Katherine Ann Ross, 825 N. 29th Street, Apt. 4D, Philadelphia, PA 19130-1148 |
| db | +++ | Katherine Ann Ross, MAILING ADDRESS, 825 N. 29th Street, Philadelphia, PA 19130-1149 |
| 14299904 | #+ | Castlebridge Management, 1770 Lancaster Ave #1A, Paoli Pa 19301-1575 |
| 14299917 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14299920 | + | Phelan, Halinan, Diamond & Jones, Suite 1400, 1617 JFK Boulevard, Philadelphia, PA 19103-1814 |
| 14300989 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14320240 | + | The Brewery Condominium Association, c/o Castlebridge Management, LLC, 1770 East Lancaster Avenue, Suite 1A, Paoli, PA 19301-1575 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 27 2024 00:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 27 2024 00:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14299908 | | Email/Text: megan.harper@phila.gov | Jun 27 2024 00:09:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14299909 | | Email/Text: megan.harper@phila.gov | Jun 27 2024 00:09:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14311390 | + | Email/Text: documentfiling@lciinc.com | Jun 27 2024 00:08:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14299906 | + | Email/Text: ecf@ccpclaw.com | Jun 27 2024 00:08:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14299910 | + | Email/Text: bankruptcy@philapark.org | Jun 27 2024 00:09:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14299911 | | Email/Text: mrdiscen@discover.com | Jun 27 2024 00:08:00 | Discover Bank, po box 15316, wilmington DE 19850 |
| 14306417 | | Email/Text: mrdiscen@discover.com | Jun 27 2024 00:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14299912 | | Email/Text: bankruptcycourts@equifax.com | Jun 27 2024 00:08:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14299913 | ^ | MEBN | | |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Jun 26 2024 23:51:25 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14299914 | | Email/Text: ECF@fayservicing.com | Jun 27 2024 00:08:00 | FAY SERVICING, LLC, 440 S. LaSalle Street, Suite 2000, CHICAGO IL 60605 |
| 14299915 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 27 2024 00:09:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14299905 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2024 00:11:02 | Chase, PO Box 15145, Wilmington, DE 19850 |
| 14336872 | + | Email/Text: RASEBN@raslg.com | Jun 27 2024 00:08:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14562485 | + | Email/Text: mtgbk@shellpointmtg.com | Jun 27 2024 00:08:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14586928 | ^ | MEBN | Jun 26 2024 23:51:42 | NewRez LLC d/b/a Shellpoint Mortgage Servicing., PADGETT LAW GROUP, C/O Joshua Goldman, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 14299919 | ^ | MEBN | Jun 26 2024 23:51:35 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14299922 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 27 2024 00:08:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14339165 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 27 2024 00:08:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14299923 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 00:11:18 | Portfolio Recovery, 120 Corporate Blvd. Suite 1, Norfolk VA 23502-4962 |
| 14340124 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 00:11:48 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14299918 | | Email/Text: bankruptcygroup@peco-energy.com | Jun 27 2024 00:09:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14299921 | + | Email/Text: bankruptcy@philapark.org | Jun 27 2024 00:09:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1540 |
| 14305675 | + | Email/Text: bankruptcy@philapark.org | Jun 27 2024 00:09:00 | Philadelphia Parking Authority, 701 Market St, Suite 5400, Philadelphia, Pa 19106-2895 |
| 14299924 | + | Email/Text: bankruptcy@sw-credit.com | Jun 27 2024 00:09:00 | SOUTHWEST CREDIT SYSTEMS, 4120 INTERNATIONAL PARKWAY, SUITE 1100, CARROLTON TX 75007-1958 |
| 14300989 | ^ | MEBN | Jun 26 2024 23:51:32 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14299925 | | Email/Text: DASPUBREC@transunion.com | Jun 27 2024 00:08:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14459779 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 27 2024 00:09:00 | U.S. Bank Trust National Association as Trustee f, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14338233 | + | Email/Text: ECF@fayservicing.com | Jun 27 2024 00:08:00 | Wilmington Savings Fund Society, FSB, d/b/a, c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 26, 2024 | Form ID: 138OBJ | Total Noticed: 36 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14299907 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14299916 | * | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2024      Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSHUA I. GOLDMAN | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing Josh.Goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Katherine Ann Ross help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL I. ASSAD | on behalf of Debtor Katherine Ann Ross help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| STEPHEN M HLADIK | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust c/o Select Portfolio Servicing Inc. shladik@hoflawgroup.com, ckohn@hoflawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 138OBJ* (6/24)−doc 72 − 70

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Katherine Ann Ross  )  Case No. 19−12086−amc
     )
     )
   Katherine Ann Ross  )  Chapter: 13
     )
   Debtor(s).  )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: June 26, 2024

For The Court

Timothy B. McGrath
Clerk of Court